```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  EASTERN DIVISION
```

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )   CR. NO. 3:04-cr-215-T
                            )          (WO)
BENNIE BASCOMB, JR.,        )
```

O R D E R

Upon consideration of the Motion to Strike (doc. no. 53) heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that the Forfeiture Allegation is hereby stricken.

DONE, this the 29th day of June, 2005.

```
                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE
```